COMMERCIAL SAVINGS BANK OF GRAND RAPIDS, MICHI-
GAN, Respondent, v. WILLIAM MANN, Individually and
as Sheriff of Livingston County, et al., Appellants.

*Sheriffs — replevin — action to recover for alleged wrongful seizure of
personal property.*

*Commercial Sav. Bank of Grand Rapids* v. *Mann*, 206 App. Div.
297, affirmed.

(Argued April 3, 1924; decided May 13, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
June 29, 1923, reversing a judgment in favor of defend-
ants entered upon a verdict and granting a new trial.
The action was originally brought against William Mann,
as sheriff of Livingston county, for money damages for
the taking, detention and delivery to another of personal
property consisting of a carload of beans belonging to
plaintiff. The Grand Rapids National City Bank by
order was allowed to intervene as a defendant. The
defense was a denial of ownership in plaintiff and fraud.

*Charles D. Newton* and *Edwards P. Ward* for appellants.
*George S. Van Schaick* for respondent.

· Order affirmed and judgment absolute ordered against
appellants on the stipulation, with costs in all courts;
no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOSEPH O. GRIMSHAW, Appellant, v. RUTLAND RAILROAD
COMPANY, Respondent.

*Negligence — railroads — crossing accident — when driver of automobile
approaching dangerous crossing at speed of fifteen miles per hour
guilty of contributory negligence.*

*Grimshaw* v. *Rutland R. R. Co.*, 205 App. Div. 155, affirmed.
(Argued April 3, 1924; decided May 13, 1924.)

APPEAL from a judgment, entered May 9, 1923, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment in

favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries and for damage to personal property alleged to have been sustained by plaintiff through the negligence of defendant. The state highway from Mooers Junction to Champlain runs on the south side of the defendant's railroad, nearly parallel to it, until it reaches a point a short distance west of Perry's Mills, when it turns to the north and crosses the track of the defendant and then runs a considerable distance on the north side of the track. The accident occurred at about two-thirty P. M. The plaintiff was driving a five-passenger automobile from the village of Mooers towards the village of Champlain. He approached the crossing running at a speed of thirty miles per hour, as he says, until he arrived at the railroad disc sign, when he commenced to slow down, and was running at fifteen miles per hour when the train known as the milk train going west collided with him. The automobile was wrecked and the plaintiff injured. The Appellate Division held that plaintiff was guilty of contributory negligence.

*Wallace E. Pierce* for appellant.

*John M. Cantwell* and *E. W. Lawrence* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ALBERT B. FLAGG, Respondent, *v.* CUSHMAN & DENISON MANUFACTURING COMPANY, Appellant.

*Equity — master and servant — action to enjoin use of formulas and to recover salary.*

*Flagg v. Cushman & Denison Mfg. Co.*, 206 App. Div. 698, affirmed. (Argued April 4, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a decision